No. D-2232.  IN RE DISBARMENT OF ADAMS.  David Michael Adams, of Charleston, S. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-2233.  IN RE DISBARMENT OF MANDEL.  Stewart Irwin Mandel, of University Heights, Ohio, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-2234.  IN RE DISBARMENT OF LITTLE.  Frank Edward Little, of Mercer, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 00M58.  SHIREY ET AL. v. CITY OF ALEXANDRIA SCHOOL BOARD.  Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 105, Orig.  KANSAS v. COLORADO.  Motion of Colorado for leave to file a reply to the brief of the United States granted, and the parties are allowed to and including February 2, 2001, within which to file replies.  Exceptions to the Report of the Special Master are set for oral argument in due course.  [For earlier order herein, see, e. g., ante, p. 1008.]

No. 99–1815.  NATIONAL LABOR RELATIONS BOARD v. KENTUCKY RIVER COMMUNITY CARE, INC., ET AL.  C. A. 6th Cir. [Certiorari granted, 530 U. S. 1304.]  Motions of Service Employees International Union et al. and American Nurses Association for leave to file briefs as amici curiae granted.

No. 99–1848.  BUCKHANNON BOARD & CARE HOME, INC., ET AL. v. WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES ET AL.  C. A. 4th Cir.  [Certiorari granted, 530 U. S. 1304.]  Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 99–2047.  PALAZZOLO v. RHODE ISLAND ET AL.  Sup. Ct. R. I.  [Certiorari granted, ante, p. 923.]  Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.